UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN DURAZO-GARCIA (2),<br>MARCOS ANTONIO<br>    CALIDRO-AGUILAR (7),<br><br>    Defendants. | Criminal Case No. 01CR2805-IEG<br><br>ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS AND JUDGMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants RUBEN DURAZO-GARCIA (2), and MARCOS ANTONIO CALIDRO-AGUILAR (7), is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrants for RUBEN DURAZO-GARCIA (2) and MARCOS ANTONIO CALIDRO-AGUILAR (7), be recalled.

**DATED: November 4, 2011**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**